# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 18 P 1: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

*vs.*

SEE COVER SHEET ATTACHMENT

# INDICTMENT

**SEE COVER SHEET ATTACHMENT**

*A true bill.*

*Foreperson*

**Filed in open court this** _18_ **day of** _June_

**A.D. 2008**

UNITED STATES MAGISTRATE JUDGE

**Bail. $** _No process required._

ATTACHMENT TO INDICTMENT COVER SHEET

UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

DEFENDANTS: TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN
LENGSAVATH, TIFFANY VU, THANH LE, TIEN LE, JOHANNA RODRIGUEZ,
CARMEN SARMIENTO, a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

DEFENDANTS:  TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN
LENGSAVATH, and TIFFANY VU.

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

DEFENDANTS:  THUY DANG, TIFFANY VU and GLENN LENGSAVATH.

**COUNT NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3)
– Structuring.

DEFENDANTS:  TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN
LENGSAVATH, and TIFFANY VU.

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code,
Section 2314- Interstate Transportation of Stolen Property.

DEFENDANTS:  TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, and  TIEN
LE.

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN:** Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

DEFENDANTS: TRUC QUOC LE, THUY DANG, GLENN LENGSAVATH, TIFFANY VU, THANH LE, and TIEN LE.

**FORFEITURE ALLEGATION:** Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

DEFENDANTS: TRUC QUOC LE, THUY DANG, GLENN LENGSAVATH, and TIFFANY VU.

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

DEFENDANTS:  TRUC QUOC LE, THUY DANG, GLENN LENGSAVATH, and TIFFANY VU.

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

DEFENDANTS:  TRUC QUOC LE, THUY DANG, GLENN LENGSAVATH, and TIFFANY VU.

1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
                                                    FILED
3
                                            2008 JUN 18 P 1: 34
4
                                            RICHARD W. WIEKING
5                                                  CLERK
                                            U.S. DISTRICT COURT
6                                           NO. DIST. OF CA. S.J.

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CR-08    00401

11          Plaintiff,                  )    VIOLATIONS:
                                        )
12      v.                              )    Title 18 U.S.C § 371 – Conspiracy to
                                        )    Commit Interstate Transportation of Stolen
13  TRUC QUOC LE,                       )    Property;18 U.S.C. § 1956(h) – Conspiracy
    THUY DANG,                          )    to Commit Money Laundering; 18 U.S.C. §
14  LEO LE NGUYEN,                      )    1957 – Engaging in Monetary Transactions
    GLENN LENGSAVATH,                   )    Using Criminally Derived Property;
15  TIFFANY VU,                         )    18 U.S.C. § 2314 – Interstate Transportation
    THANH LE,                           )    of Stolen Property; 31 U.S.C. § 5324(a) –
16  TIEN LE,                            )    Structuring Financial Transactions;
    JOHANNA RODRIGUEZ,                  )    18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
17  CARMEN SARMIENTO,                   )    2461(c) - Forfeiture of Criminally Derived
        a/k/a Carmen Gutierrez,         )    Proceeds; 18 U.S.C. § 982(a)(1) – Money
18  MANUAL GUTIERREZ, and               )    Laundering Forfeiture
    JUAN ESPINOZA,                      )
19      a/k/a Freddy Navarro,           )
                                        )
20          Defendants.                 )    SAN JOSE VENUE
                                        )
21 _____ )

22

23                  I N D I C T M E N T

24  The Grand Jury charges that:

25  **COUNT ONE:**      (18 U.S.C. § 371 – Conspiracy to Commit Interstate Transportation of
                        Stolen Property)
26

27      1.      Beginning no later than in or about December 2005, and continuing until June 4,

28  2008, within the Northern District of California and elsewhere, the defendants,

INDICTMENT

1   TRUC QUOC LE,
    THUY DANG,
2   LEO LE NGUYEN,
    GLENN LENGSAVATH,
3   TIFFANY VU,
    THANH LE,
4   TIEN LE,
    JOHANNA RODRIGUEZ,
5   CARMEN SARMIENTO,
        a/k/a Carmen Gutierrez,
6   MANUAL GUTIERREZ, and
    JUAN ESPINOZA,
7       a/k/a Freddy Navarro,

8   did knowingly conspire with each other, and with other persons both known and unknown to the

9   grand jury, to commit an offense against the United States, to wit: a violation of 18 U.S.C. §

10  2314, in that the defendants, and each of them, did agree to transport in interstate commerce

11  merchandise of a value of $5,000 and more, knowing the same to have been stolen, converted,

12  and taken by fraud.

13  <u>MANNER AND MEANS</u>

14       2.      The defendants conspired to acquire and distribute over-the-counter health and

15  beauty (OTC/HB) products, which they knew to have been stolen from major chains including

16  Safeway, Target, Walgreens, Walmart, Longs Drugs, Raleys/Nob Hill, Save Mart, and other

17  stores, and then to sell those products in interstate commerce. The OTC/HB products, including

18  such items as analgesics and cough and cold medications, razor blades, camera film, batteries,

19  beauty products, infant formula, and oral care products, were stolen by organized crews of

20  professional shoplifters, also known as "boosters." The boosters would and did sell their stolen

21  merchandise to intermediaries, known as "fences," who would in turn sell the product to

22  wholesale distributors located outside of California. The distributors completed the circle by

23  selling the stolen merchandise back to retailers. As part of the conspiracy, the boosters, fences,

24  and wholesale distributors would "clean" the stolen property by removing any identifying price

25  labels, store security tags, and other distinguishing markings, so that the ultimate (re)purchasers

26  would not know that they were buying stolen products.

27  //

28

INDICTMENT                                    2

1

<u>ROLES OF THE CONSPIRATORS</u>

2

3.      The role of each defendant in the conspiracy is generally described as follows:

3

a.      Truc Quoc Le ("Truc Le") was the leader of the criminal organization. He

4

purchased stolen merchandise from boosters and oversaw the distribution of the products. He

5

sold some of the stolen merchandise himself, or through subordinates, at local flea markets. The

6

rest he caused to be distributed to wholesalers in other states, including Utah and Florida. Truc

7

Le also directed subordinates and associates to engage in complex financial transactions designed

8

to conceal the nature, source, ownership and control of the funds he received from the sales of

9

stolen property. Those funds were also used to pay boosters for additional stolen product,

10

thereby promoting the continued operation of the illegal enterprise.

11

b.      Thuy Dang ("Dang"), who was married to Truc Le, engaged in complex

12

financial transactions designed to conceal the nature, source, ownership and control of the funds

13

the organization received from the sales of stolen property, and funneled those funds back to

14

Truc Le to be used to carry on the illegal enterprise.

15

c.      Leo Le Nguyen ("Nguyen") was, between no later than December 2005

16

through approximately April 2007, an assistant to Truc Le. Nguyen was directly responsible for

17

shipping stolen merchandise to distributors outside of California. He also received payments

18

from distributors and funneled the proceeds to other members of the conspiracy.

19

d.      Glenn Lengsavath ("Lengsavath") was an assistant to Truc Le.

20

Lengsavath was directly responsible for shipping stolen merchandise to distributors outside of

21

California. He also received payments from distributors and funneled the proceeds to other

22

members of the conspiracy. Lengsavath also sometimes received stolen merchandise directly

23

from boosters.

24

e.      Tiffany Vu ("Vu"), who was married to Lengsavath, engaged in complex

25

financial transactions designed to conceal  the nature, source, ownership and control of the funds

26

the organization received from the sales of stolen property, and funneled those funds back to

27

Truc Le to be used to carry on the illegal enterprise.

28

f.      Thanh Le was a subordinate of Truc Le.  He cleaned stolen property to

INDICTMENT                                          3

1   prepare it for resale.  He also sometimes received stolen property from boosters, and assisted

2   Lengsavath in preparing and shipping stolen merchandise out of state to distributors outside of

3   California.

4           g.    Tien Le was a subordinate of Truc Le.  He received stolen property from

5   boosters, usually accompanying Truc Le, but sometimes did so on his own.

6           h.    Johanna Rodriguez delivered and sold stolen merchandise to the Truc Le

7   organization.

8           i.    Carmen Sarmiento, a/k/a Carmen Gutierrez ("Sarmiento"), delivered and

9   sold stolen merchandise to the Truc Le organization.

10          j.    Manuel Gutierrez ("Gutierrez") delivered stolen merchandise to the Truc

11   Le organization.

12          k.    Juan Espinoza, a/k/a Freddy Navarro ("Espinoza"), delivered stolen

13   merchandise to the Truc Le organization.

14           <u>OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

15       4.    During the course of the conspiracy, and in order to accomplish its objectives, the

16   defendants and other unindicted co-conspirators knowingly committed the following overt acts,

17   among others, in the Northern District of California, and elsewhere:

18          a.    On January 6, 2006, Truc Le and an unindicted coconspirator identified as

19   L.L. loaded boxes into a truck.

20          b.    Also on January 6, 2006, Truc Le and L.L. possessed two garbage bags

21   filled with removable toothbrush heads (Oral B, Sonic-Care, etc.).  One of those items, a sealed

22   package of Oral B toothbrush heads, bore a marking showing that it had come from a Safeway

23   store in Burlingame, California.

24          c.    On January 17, 2006, Truc Le and Tien Le, along with two unknown

25   coconspirators, transferred approximately 30-40 boxes from a U-Haul truck into a van driven by

26   Tien Le.

27          d.    Also on January 17, 2006, following the transaction described in the

28   previous subparagraph, Sarmiento possessed $77,000 in United States currency.

INDICTMENT                 4

e.     On January 19, 2006, Truc Le met two unknown persons, one male and one female, who arrived in a van registered to Johanna Rodriguez. Le gave the female something in return for two full garbage bags.

f.     On January 20, 2006, Truc Le met with several unknown persons and received large, full garbage bags from them.

g.     On October 19, 2006, Truc Le purchased purportedly stolen merchandise from an undercover San Jose Police Department officer. Le paid $70 for merchandise with an approximate retail value of $232.

h.     On October 24, 2006, Truc Le purchased purportedly stolen merchandise from an undercover San Jose Police Department officer. Le paid $770 for merchandise with an approximate retail value of $2,727.

i.     On April 18, 2008, Lengsavath and Thanh Le drove to Los Angeles and picked up approximately 36 boxes and six full plastic garbage bags containing OTC/HB merchandise from Johanna Rodriguez.

j.     On May 20, 2008, Thanh Le and another person drove to a storage facility in Glendale, California, where they met with Sarmiento, Gutierrez, and Espinoza.

k.     Also on May 20, 2008, shortly after the meeting described in the previous paragraph, Sarmiento possessed $107,901 in United States currency.

l.     On March 14, 2007, Leo Nguyen shipped three pallets, containing a total of thirty-two boxes, each filled with Oil of Olay products, to a freight forwarder in Burlingame, California.

m.     On April 11, 2008, Lengsavath and Thanh Le delivered ninety-four cardboard boxes containing, according to the shipping labels, "over the counter supplies" to a freight forwarder in South San Francisco for shipment to Florida; and

n.     On May 8, 2008, Lengsavath delivered approximately thirty boxes to a shipping company in San Lorenzo, California, for shipment to Utah.

All in violation of Title 18, United States Code, Sections 371 and 2314.

**COUNT TWO:**    (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

5.    The factual allegations contained in paragraphs 2 through 4 of Count One, the transactions alleged in Counts Three through Eight, and the transactions alleged in Counts Nine through Thirty-One of this Indictment, are re-alleged and incorporated as if fully set forth here.

6.    Beginning no later than on or about January 1, 2005, and continuing at least until May 14, 2008, within the Northern District of California and elsewhere, the defendants,

> TRUC QUOC LE,
> THUY DANG,
> LEO LE NGUYEN,
> GLENN LENGSAVATH, and
> TIFFANY VU,

did knowingly conspire with each other, and with other persons both known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957, to wit:

a.    knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted financial transactions with the intent to promote the carrying on of that specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

b.    knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted financial transactions knowing that those transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

c.    knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted financial transactions knowing that those transactions were designed in whole and in part to avoid a transaction reporting requirement under Federal law, in violation of 18 U.S.C. §

1956(a)(1)(B)(ii).

        d.      defendants knowingly engaged in monetary transactions by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, said property having in fact been derived from specified unlawful activity, *i.e.*, interstate transportation of stolen property, in violation of Title 18, United States Code, Section 1957.

<p align="center">MANNER AND MEANS</p>

    7.     The objectives, manner, and means of the conspirators in carrying out the money laundering conspiracy included the following:

        a.      Using multiple bank accounts, in a process known as "layering," to transfer and withdraw funds in order to evade detection by law enforcement.

        b.      Structuring currency deposits and withdrawals in amounts under the $10,000 federal currency reporting threshold in order to prevent financial institutions from filing Currency Transaction Reports ("CTRs") as required by law, and thereby to avoid detection by the Internal Revenue Service and other law enforcement authorities.

        c.      Receiving wire transfer deposits of the proceeds of the illegal enterprise into bank accounts held by nominees, including family members and other associates, in order to conceal the source, location, ownership, and control of those funds.

        d.      Purchasing assets in the names of family members who had legitimate sources of income in order to evade detection of these proceeds and assets.

    8.     In order to accomplish the objectives of the conspiracy, the defendants engaged in the following financial transactions, among others (all accounts identified by the last four digits of the account number):

//

//

//

//

//

| Date | From | To | Amount | Description of Transaction |
|------|------|-----|--------|---------------------------|
| 2/22/2006 | Farnes Enterprises | Bank of America # 4426 (Leo Nguyen) | $80,634 | Wire transfer from a distributor. |
| 2/22/2006 | Leo Nguyen | Leo Nguyen | $9,800 | Cash withdrawal by Nguyen |
| 2/22/2006 | Leo Nguyen | Truc Le P.N. Y.F. M.T. P.L | $9,700 $9,800 $9,700 $9,700 $9,500 | Checks from Nguyen to various persons, including Truc Le, in amounts less than $10,000 |
| 3/29/2006 | Farnes Enterprises | Bank of America #4426 (Leo Nguyen) | $100,000 | Wire transfer from a distributor |
| 3/29/2006 | Leo Nguyen | various | $10,000 $9,273 $9,424 | Cash withdrawal by Nguyen; checks to M.T. and Thuy Dang |
| 3/30/2006 | Leo Nguyen | various | $9,800 $9,561 $9,812 $9,563 $9,231 | Cash withdrawal by Nguyen ($9,800); check to P.N. ($9,561), two checks to Thuy Dang ($9,812 and $9,563), and check to M.T. ($9,231) |
| 9/11/2007 | Coolrelic (Florida) | WAMU #7700 (Lengsavath) | $113,305 | Wire transfer from a distributor to Lengsavath/TG Distribution |
| 9/12/2007 | WAMU #7700 (Lengsavath) | Bank of America #1410 (Tiffany Vu) | $20,000 | Wire transfer from Lengsavath/TG Distribution to Tiffany Vu |
| 9/12/2007 | WAMU #7700 (Lengsavath) | Bank of America #1384 (Lengsavath) | $20,000 | Wire transfer from one Lengsavath account to another |
| 9/12/2007 | Bank of America #1384 (Lengsavath) | Lengsavath (cash) | $9,900 | Cash withdrawal by Lengsavath |
| 9/14/2007 | Bank of America #1384 (Lengsavath) | Lengsavath (cash) | $4,800 | Cash withdrawal by Lengsavath |
| 9/17/2007 | Bank of America #1384 (Lengsavath) | Lengsavath (cash) | $4,900 | Cash withdrawal by Lengsavath |
| 12/5/2007 | Coolrelic (Florida) | WAMU #7700 (Lengsavath) | $80,000 | Wire transfer from distributor to Lengsavath/TG Distribution |

INDICTMENT

| 12/6/2007 | WAMU #7700 (Lengsavath) | Bank of America #1410 (Tiffany Vu) | $25,000 | Wire from Lengsavath to Tiffany Vu |
|---|---|---|---|---|
| 12/6/2007 | WAMU #7700 (Lengsavath) | Bank of America #1384 (Lengsavath) | $25,000 | Transfer from one Lengsavath account to another |
| 12/6/2007 | Bank of America #1410 (Tiffany Vu) | Tiffany Vu (cash) | $9,900 | Cash withdrawal by Tiffany Vu |
| 12/7/2007 | Bank of America #1410 (Tiffany Vu) | Tiffany Vu (cash) | $9,900 | Cash withdrawal by Tiffany Vu |
| 3/28/2007 | Medsource (Utah) | WAMU #1595 (Dang, Vu, Lengsavath) | $74,095 | Wire transfer from distributor to account co-owned by Thuy Dang, Tiffany Vu, and Glenn Lengsavath |
| 3/28/2007 | Coolrelic (Florida) | WAMU #1595 (Dang, Vu Lengsavath) | $40,000 | Wire transfer from distributor to Dang/Vu/Lengsavath account |
| 3/29/2007 | WAMU #1595 (Dang, Vu Lengsavath) | WAMU #3686 (Thuy Dang) | $6,000 | Wire transfer from one account co-owned by Thuy Dang to another account she co-owned with her brother and sister-in-law |
| 3/29/2007 | WAMU #1595 (Dang, Vu Lengsavath) | WAMU #3686 (Thuy Dang) | $5,000 | same as above |
| 3/29//2007 | WAMU #1595 (Dang, Vu Lengsavath) | WAMU #3960 (Tiffany Vu) | $10,000 | Transfer from Dang/Vu/Lengsavath account to account in Vu's name only |
| 3/29/2007 | WAMU #1595 (Dang, Vu Lengsavath) | Tiffany Vu (cash) | $5,000 | Cash withdrawal by Tiffany Vu |
| 3/29/2007 | WAMU #3960 (Tiffany Vu) | Tiffany Vu (cash) | $5,000 | Cash withdrawal by Tiffany Vu |
| 3/29/2007 | WAMU #3960 (Tiffany Vu) | Tiffany Vu (cash) | $4,900 | Cash withdrawal by Tiffany Vu |
| 3/12/2007 | Medsource (Utah) | WAMU #1595 (Dang, Vu Lengsavath) | $51,727 | Wire transfer from distributor to Dang/Vu/Lengsavath account |
| 3/12/2007 | WAMU #1595 (Dang, Vu Lengsavath) | WAMU #3686 (Thuy Dang) | $10,072 $11,600 | Two wires from one Thuy Dang account to another |

All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS THREE THROUGH EIGHT:**    (18 U.S.C. § 1957 – Monetary Transactions Using Criminally Derived Property)

9.      The factual allegations contained in paragraphs 2 through 4 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here.

10.      On or about the dates listed below, in the Northern District of California, the defendants, as named in each of Counts Three through Eight, did knowingly engage in a monetary transaction by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, said property having in fact been derived from specified unlawful activity, *i.e.*, interstate transportation of stolen property:

| Count | Date | Defendant | Transaction |
|-------|------|-----------|-------------|
| 3 | 4/26/2006 | Thuy Dang | $25,000 check to Mercedes Benz of San Diego |
| 4 | 4/10/2007 | Thuy Dang | $12,069 check to Tax Collector of Santa Clara County (property tax payment) |
| 5 | 7/10/2007 | Thuy Dang | $10,077 check to Countrywide |
| 6 | 10/01/2007 | Thuy Dang | $10,582 check to Countrywide |
| 7 | 2/21/2008 | Tiffany Vu | $15,000 check to Lexus of Cerritos |
| 8 | 8/30/2007 | Glenn Lengsavath | $20,000 check to Hartzheim Dodge |

All in violation of Title 18, United States Code, Sections 1957 and 2.

**COUNT NINE THOUGH THIRTY-ONE:**    (31 U.S.C. § 5324(a)(3) – Structuring)

11.      The factual allegations contained in paragraphs 2 through 4 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here.

12.      On or about the dates set forth below, in the Northern District of California, the defendants, as named in each of Counts Nine through Thirty-Two, knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure, and assist in structuring, the following

INDICTMENT                                    10

transactions with domestic financial institutions, and did so while violating another law of the United States and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| Count | Date | Defendant | Description of Transaction |
|-------|------|-----------|----------------------------|
| 9 | 3/01/2006 | Leo Nguyen | Cash withdrawal of $9,800 |
| 10 | 3/02/2006 | Leo Nguyen | Cash withdrawal of $9,500 |
| 11 | 3/08/2007 | Glenn Lengsavath | Cash withdrawal of $5,000 |
| 12 | 3/09/2007 | Glenn Lengsavath | Cash withdrawal of $5,000 |
| 13 | 3/12/2007 | Glenn Lengsavath | Cash withdrawal of $5,000 |
| 14 | 3/14/2007 | Glenn Lengsavath | Cash withdrawal of $5,000 |
| 15 | 6/26/2007 | Glenn Lengsavath | Cash withdrawal of $9,900 |
| 16 | 6/27/2007 | Glenn Lengsavath | Cash withdrawal of $9,900 |
| 17 | 12/06/2007 | Tiffany Vu | Cash withdrawal of $9,900 |
| 18 | 12/07/2007 | Tiffany Vu | Cash withdrawal of $9,900 |
| 19 | 12/20/2006 | Tiffany Vu | Cash withdrawal of $5,000 |
| 20 | 12/21/2006 | Tiffany Vu | Cash withdrawal of $5,000 |
| 21 | 1/23/2007 | Tiffany Vu | Cash withdrawal of $5,000 |
| 22 | 1/24/2007 | Tiffany Vu | Cash withdrawal of $5,000 |
| 23 | 3/12/2007 | Thuy Dang | Cash withdrawal of $5,000 |
| 24 | 3/13/2007 | Thuy Dang | Cash withdrawal of $4,300 |
| 25 | 3/13/2007 | Thuy Dang | Cash withdrawal of $5,000 |
| 26 | 1/17/2006 | Truc Le | Cash withdrawal of $5,000 |
| 27 | 1/17/2006 | Truc Le | Cash withdrawal of $5,000 |
| 28 | 1/18/2006 | Truc Le | Cash withdrawal of $5,000 |
| 29 | 1/19/2006 | Truc Le | Cash withdrawal of $5,000 |
| 30 | 1/10/2006 | Truc Le | Cash withdrawal of $5,000 |
| 31 | 1/11/2006 | Truc Le | Cash withdrawal of $5,000 |

All in violation of Title 31, United States Code, Section 5324(a)(3); Title 31, Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

INDICTMENT                                   11

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR:**          (18 U.S.C. § 2314 – Interstate Transportation of Stolen Property)

13.     The factual allegations contained in paragraphs 2 through 4 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here. The grand jury further alleges that each "pallet" referred to in the counts that follow had a value in excess of $5,000.

14.     On or about the dates set forth below, in the Northern District of California, the defendants,

> TRUC QUOC LE,
> THUY DANG,
> LEO LE NGUYEN, and
> TIEN LE,

did transport in interstate commerce merchandise of a value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud:

| Count | Date | Shipped From | Shipped To | Description |
|-------|------|--------------|------------|-------------|
| 32 | 2/03/2006 | 3812 Rouen Court, San Jose | Medsource, Woods Cross, Utah | Four pallets shipped by Leo Nguyen from his home address |
| 33 | 4/07/2006 | 3812 Rouen Court, San Jose | Medsource, Woods Cross, Utah | Six pallets shipped by Leo Nguyen from his home address |
| 34 | 3/15/2007 | 3812 Rouen Court, San Jose | Medsource, Woods Cross, Utah | Three pallets shipped by Leo Nguyen from his home address |

All in violation of Title 18, United States Code, Sections 2314 and 2.

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN:**          (18 U.S.C. § 2314 – Interstate Transportation of Stolen Property)

15.     The factual allegations contained in paragraphs 2 through 4 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here. The grand jury also alleges that each "pallet" referred to in the counts that follow had a value in excess of $5,000.

16.     On or about the dates set forth below, in the Northern District of California, the

1  defendants,

2              TRUC QUOC LE,
             THUY DANG,
3              GLENN LENGSAVATH,
             TIFFANY VU,
4              THANH LE, and
             TIEN LE,
5  did transport in interstate commerce merchandise of a value of $5,000 and more, knowing the

6  same to have been stolen, converted, and taken by fraud:

7

8

| Count | Date | Shipped From | Shipped To | Description |
|-------|------|--------------|------------|-------------|
| 35 | 4/11/2008 | South San Francisco, CA | Coolrelic, Miami, FL | Six pallets containing "over the counter supplies" |
| 36 | 4/21/2008 | South San Francisco, CA | Coolrelic, Miami, FL | Four pallets containing "over the counter supplies" |
| 37 | 5/08/2008 | San Lorenzo, CA | GCE, Utah | One pallet (30 boxes) |

14      All in violation of Title 18, United States Code, Sections 2314 and 2.

15

16  FORFEITURE ALLEGATION:        (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
                              Forfeiture of Proceeds of Specified Unlawful Activity)
17

18      17.    The factual allegations contained in Counts 1 and 32-37 of this Indictment are re-

19  alleged and by this reference fully incorporated here for the purpose of alleging forfeiture

20  pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c).

21      18.    Upon a conviction of any of the offenses alleged in Count 1, or Counts 32 through

22  37, the defendants,

23              TRUC QUOC LE,
             THUY DANG,
24              GLENN LENGSAVATH, and
             TIFFANY VU,
25

26  shall forfeit to the United States all property, constituting and derived from proceeds traceable to

27  said offenses, including but not limited to the following property:

28  //

INDICTMENT                            13

1       (a)    **Money Judgment**: a sum of money equal to $14,257,302, representing the gross

2  proceeds obtained as a result of the offense.

3       (b)    **Real Property**: Real property and improvements located at 40303 Blacow Road,

4  Fremont, California, further identified with Alameda County APN 525-0969-011-01.

5       (c)    **Five Vehicles**:

               1.    A 2006 Mercedes ML500, California License Plate Number 5NRP232, Vehicle Identification Number (VIN) 4JGBB75E06A023213, registered to Truc Quoc Le.

               2.    A 2007 Mercedes-Benz SL 550 Roadster, California License Plate Number 5TYG655, VIN WDBSK71F07F119364, registered to Doug Dang and Thuy Dang.

               3.    A 2007 Dodge Sprinter Van, California License Plate Number 8M44351, VIN WDOPE845375200153, registered to Glenn Lengsavath.

               4.    A 2004 Mercedes Benz SL 500 Roadster, California License Plate Number 5HRU143, VIN WDBSK75F24F081481, registered to Ha V. Vu (Tiffany Ha Vu).

               5.    A 2000 Mercedes Benz CLK 430 Convertible, California License Plate Number 4LNX235, VIN WDBLK70G5YT033789, registered to Thuy Dang.

       (d)    **Currency**:

               1.    $107,901 taken from Carmen Sarmiento in Glendale, California, May 20, 2008.

               2.    $10,055 taken from Johanna Rodriguez in Los Angeles on June 4, 2008.

               3.    $38,733, the total amount seized during the execution of search warrants at 2166 Wood Hollow Court in San Jose on June 4, 2008.

       (e)    **Jewelry**: Precious gemstones, precious metals, and jewelry seized on June 4,

2008 from 2166 Wood Hollow Court, San Jose, including the following items:

               1.    9 diamonds.

               2.    12 gold bars.

               3.    10 watches.

               4.    7 rings with gemstones.

               5.    Assorted earrings, necklaces, and pendants.

//

(f)     **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts seized by the United States on or about June 4, 2008, or credited to those accounts during the three-day period covered by the Seizure Warrant dated June 2, 2008:

| Bank Name | Amount | Bank Account # | Name on Account |
|---|---|---|---|
| Washington Mutual | $20,831 | # 308-145368-6 | Doug Dang, Thuy Dang, Dinah Dang |
| Wells Fargo Bank | $4,644 | # 100-1296027 | Truc Le and Thuy Dang |
| Washington Mutual | $11,918.93 | # 315-425159-5 | Glenn Lengsavath, Tiffany Ha Vu, Thuy Dang |
| Washington Mutual | $66 | # 306-209770-0 | Glenn Lengsavath, dba TG Distribution |
| | $36,723 | # 316-072522-9 | Glenn Lengsavath, dba TG Distribution |
| Washington Mutual | $831 | # 315-121396-0 | Tiffany Ha Vu |
| Bank of America | $102 | # 18183-03528 | Tiffany Ha Vu |
| | $ 713 | # 18186-01410 | Tiffany Ha Vu |
| Bank of America | $5,572 | # 18809-01142 | Glenn Lengsavath |
| | $ 102 | # 23552-11384 | Glenn Lengsavath |

19.    If any of said property, as a result of any act or omission of the defendants –

(a)       cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

INDICTMENT                                             15

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture)

20.    The factual allegations contained in paragraphs 2-4, 7, 8, 10, and in Counts 2 through 8 of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

21.    Upon a conviction of any of the offenses alleged in Counts 2 through 8, the defendants

> TRUC QUOC LE,
> THUY DANG,
> GLENN LENGSAVATH, and
> TIFFANY VU,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title and interest in property, real and personal, involved in said violations, or any property traceable to such property, including but not limited to the following:

(a)    **Money Judgment**: a sum of money equal to $14,257,302, representing the amount of gross proceeds obtained as a result of the offense.

(b)    **Real Property**: Real property and improvements located at 40303 Blacow Road, Fremont, California, further identified with Alameda County APN 525-0969-011-01.

(c)    **Vehicles**:

1.    A 2006 Mercedes ML500, California License Plate Number 5NRP232, Vehicle Identification Number (VIN) 4JGBB75E06A023213, registered to Truc Quoc Le.

2.    A 2007 Mercedes-Benz SL 550 Roadster, California License Plate Number 5TYG655, VIN WDBSK71F07F119364, registered to Doug Dang and Thuy Dang.

3.    A 2007 Dodge Sprinter Van, California License Plate Number 8M44351, VIN WDOPE845375200153, registered to Glenn Lengsavath.

4.    A 2004 Mercedes Benz SL 500 Roadster, California License Plate Number 5HRU143, VIN WDBSK75F24F081481, registered to Ha V. Vu (Tiffany Ha Vu).

5.    A 2000 Mercedes Benz CLK 430 Convertible, California License Plate Number 4LNX235, VIN WDBLK70G5YT033789, registered to Thuy Dang.

(d)    **Currency**:

1.   $107,901 taken from Carmen Sarmiento in Glendale, California, May 20, 2008.

2.   $10,055 taken from Johanna Rodriguez in Los Angeles on June 4, 2008.

3.   $38,733, the total amount seized during the execution of search warrants 2166 Wood Hollow Court in San Jose on June 4, 2008.

(e)   **Jewelry**: Precious gemstones, precious metals, and jewelry seized on June 4, 2008 from 2166 Wood Hollow Court, San Jose, including the following items:

1.   9 diamonds.

2.   12 gold bars.

3.   10 watches.

4.   7 rings with gemstones.

5.   Assorted earrings, necklaces, and pendants.

(f)   **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts seized by the United States on or about June 4, 2008, or credited to those accounts during the three-day period covered by the Seizure Warrant dated June 2, 2008:

| Bank Name | Amount | Bank Account # | Name on Account |
|---|---|---|---|
| Washington Mutual | $ 20,831 | # 308-145368-6 | Doug Dang, Thuy Dang, Dinah Dang |
| Wells Fargo Bank | $ 4,644 | # 100-1296027 | Truc Le and Thuy Dang |
| Washington Mutual | $11,918.93 | # 315-425159-5 | Glenn Lengsavath, Tiffany Ha Vu, Thuy Dang |
| Washington Mutual | $ 66 | # 306-209770-0 | Glenn Lengsavath, dba TG Distribution |
| | $36,723 | # 316-072522-9 | Glenn Lengsavath, dba TG Distribution |
| Washington Mutual | $ 831 | # 315-121396-0 | Tiffany Ha Vu |
| Bank of America | $102 | # 18183-03528 | Tiffany Ha Vu |
| | $713 | # 18186-01410 | Tiffany Ha Vu |
| Bank of America | $5,572 | # 18809-01142 | Glenn Lengsavath |
| | $102 | # 23552-11384 | Glenn Lengsavath |

22.    If any of said property, as a result of any act or omission of the defendants –

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    as been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property, up to value of the property described in paragraph 2 above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure.

<u>THIRD FORFEITURE ALLEGATION</u> :     (31 U.S.C. § 5317 (c) – Structuring Forfeiture)

23.    The factual allegations contained in paragraphs 2-4, 6, 7, 8, 10, 12, and in Counts 9 through 31 of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to  pursuant to Title 31, United States Code, Section 5317(c).

24.    Upon a conviction of any of the offenses alleged in Counts 9 through 31, the defendants,

TRUC QUOC LE,
THUY DANG,
GLENN LENGSAVATH, and
TIFFANY VU,

shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5317(c), all right, title and interest in property, real and personal, involved in said violation, or any property traceable to such property, including but not limited to the following:

(a)    **Money Judgment**: a sum of money equal to $14,257,302, representing the amount of gross proceeds obtained as a result of the offense.

INDICTMENT                               18

(b)    **Real Property**: Real property and improvements located at 40303 Blacow Road, Fremont, California, further identified with Alameda County APN 525-0969-011-01.

(c)    **Vehicles**:

1.    A 2006 Mercedes ML500, California License Plate Number 5NRP232, Vehicle Identification Number (VIN) 4JGBB75E06A023213, registered to Truc Quoc Le.

2.    A 2007 Mercedes-Benz SL 550 Roadster, California License Plate Number 5TYG655, VIN WDBSK71F07F119364, registered to Doug Dang and Thuy Dang.

3.    A 2007 Dodge Sprinter Van, California License Plate Number 8M44351, VIN WDOPE845375200153, registered to Glenn Lengsavath.

4.    A 2004 Mercedes Benz SL 500 Roadster, California License Plate Number 5HRU143, VIN WDBSK75F24F081481, registered to Ha V. Vu  (Tiffany Ha Vu).

5.    A 2000 Mercedes Benz CLK 430 Convertible, California License Plate Number 4LNX235, VIN WDBLK70G5YT033789, registered to Thuy Dang.

(d)    **Currency**:

1.    $107,901 taken from Carmen Sarmiento in Glendale, California, May 20, 2008.

2.    $10,055 taken from Johanna Rodriguez in Los Angeles on June 4, 2008.

3.    $38,733, the total amount seized during the execution of search warrants 2166 Wood Hollow Court in San Jose on June 4, 2008.

(e)    **Jewelry:** Precious gemstones, precious metals, and jewelry seized on June 4, 2008 from 2166 Wood Hollow Court, San Jose, including the following items:

1.    9 diamonds.

2.    12 gold bars.

3.    10 watches.

4.    7 rings with gemstones.

5.    Assorted earrings, necklaces, and pendants.

(f)    **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts seized by the United States on or about June 4, 2008,

or credited to those accounts during the three-day period covered by the Seizure Warrant dated June 2, 2008:

| Bank Name | Amount | Bank Account # | Name on Account |
|---|---|---|---|
| Washington Mutual | $ 20,831 | # 308-145368-6 | Doug Dang, Thuy Dang, Dinah Dang |
| Wells Fargo Bank | $ 4,644 | # 100-1296027 | Truc Le and Thuy Dang |
| Washington Mutual | $11,918.93 | # 315-425159-5 | Glenn Lengsavath, Tiffany Ha Vu, Thuy Dang |
| Washington Mutual | $ 66 | # 306-209770-0 | Glenn Lengsavath, dba TG Distribution |
| | $36,723 | # 316-072522-9 | Glenn Lengsavath, dba TG Distribution |
| Washington Mutual | $ 831 | # 315-121396-0 | Tiffany Ha Vu |
| Bank of America | $102 | # 18183-03528 | Tiffany Ha Vu |
| | $713 | # 18186-01410 | Tiffany Ha Vu |
| Bank of America | $5,572 | # 18809-01142 | Glenn Lengsavath |
| | $102 | # 23552-11384 | Glenn Lengsavath |

25.     If any of said property, as a result of any act or omission of the defendants –

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     as been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property, up to value of the property described in paragraph 2 above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Rule 32.2

//

//

INDICTMENT                                         20

1    of the Federal Rules of Criminal Procedure.

2

3    DATED: 6/18/08                                     A TRUE BILL.

4

5                                                       _____
                                                       FOREPERSON
6

7    JOSEPH P. RUSSONIELLO
     United States Attorney
8

9    _____
     MATTHEW A. PARRELLA
10   Chief, San Jose Branch

11   (Approved as to form: _____ )
                            AUSA Callaway
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          21

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────┐
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

*E-FILING*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

─ Name of District Court, and/or Judge/Magistrate Location ─
FILED
NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 18 P 1: 36

┌─ DEFENDANT - U.S. ─
RICHARD W. WIEKING
TRUONG DUC LE,
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

─ DISTRICT COURT NUMBER ─

## CR - 08 00401

JF

┌─ PROCEEDING ─────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DAVID R. CALLAWAY

┌─ DEFENDANT ──────────────────────┐

IS NOT IN CUSTODY                      HRL

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST   6/4/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─────────────┐
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

COUNT ONE: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

> Penalties:   5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: ALL DEFENDANTS

COUNT TWO: Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

> Penalties:   20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu

COUNTS THREE THROUGH EIGHT: Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

> Penalties:   10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived
> property);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

<div style="margin-left:2em">

Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years]; $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss]; Three years supervised release; $100 special assessment.

</div>

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

<div style="margin-left:2em">

Penalties:    10 years imprisonment; $250,000 fine (or twice the gross gain or gross loss); Three years supervised release; $100 special assessment.

</div>

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT    ┌── Name of District Court, and/or Judge/Magistrate Location
                             ☐ SUPERSEDING          NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**E-FILING**

PENALTY:
SEE PENALTY SHEET ATTACHMENT

┌─── DEFENDANT ─ U.S. ──

**RICHARD DANG KING**

         RICHARD W. WIEKING
            CLERK
    U.S. DISTRICT COURT
    NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

# CR-08 00401 JF HRL

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID R. CALLAWAY

### DEFENDANT

**IS *NOT* IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    }  ☐ Fed'l  ☐ State

    If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  }  If "Yes" give date filed
              ☐ No

                    Month/Day/Year
**DATE OF ARREST**    6/4/2008

Or... if Arresting Agency & Warrant were not

                    Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

    If Summons, complete following:
    ☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
    Defendant Address:

                            Date/Time:

                          Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO, a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> Penalties: 5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: ALL DEFENDANTS

**COUNT TWO**: Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> Penalties: 20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 – Monetary Transactions Using Criminally Derived Property.

> Penalties: 10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived property);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:   10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:   10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

SEE PENALTY SHEET ATTACHMENT

E-FILING

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

—————— Name of District Court, and/or Judge/Magistrate Location ——————
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.
2008 JUN 18 P 1: 34

LEO LENGUYEN
RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER
U.S. DIST COURT
NO. DIST. OF CA. S.J.

CR-08 00401 JF

HRL

—————— PROCEEDING ——————

Name of Complaint Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    } SHOW DOCKET NO.
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DAVID R. CALLAWAY

—————— DEFENDANT ——————

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No    } If "Yes" give date filed   Month/Day/Year

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

3

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO, a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

<div style="margin-left: 2em">

<u>Penalties</u>: 5 years imprisonment;
$250,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

</div>

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

<div style="margin-left: 2em">

<u>Penalties</u>: 20 years imprisonment;
$500,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

</div>

This Count applies to: **Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu**

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property.

<div style="margin-left: 2em">

<u>Penalties</u>: 10 years imprisonment;
$250,000 fine (or twice the amount of criminally-derived property);
Three years supervised release;
$100 special assessment.

</div>

These counts apply to: **Thuy Dang, Tiffany Vu, and Glenn Lengsavath**

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:
>
> 10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:
>
> 10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

*E-FILING*

2008 JUN 18 P 1: 35

DEFENDANT - U.S.

RICHARD W. WIEKING
GLENN LENSSMATH,
U.S. DISTRICT COURT
DISTRICT COURT NUMBER OF CALIF.

**JF**

PENALTY:
SEE PENALTY SHEET ATTACHMENT

## CR - 08  00401

### DEFENDANT

IS *NOT* IN CUSTODY    **HRL**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

DAVID R. CALLAWAY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

Month/Day/Year

DATE OF ARREST    6/4/2008

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED ▶ TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

> <u>Penalties:</u>     5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO:**  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

> <u>Penalties:</u>     20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu

**COUNTS THREE THROUGH EIGHT:** Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

> <u>Penalties:</u>     10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived
> property);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

<u>COUNTS NINE THOUGH THIRTY-ONE</u>: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

<u>COUNTS THIRTY-TWO THROUGH THIRTY-FOUR</u>: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

<u>COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN</u>: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

<u>FORFEITURE ALLEGATION</u>: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

<u>SECOND FORFEITURE ALLEGATION</u> : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

<u>THIRD FORFEITURE ALLEGATION</u> : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

2008 JUN 18 P 12 35

E-FILING

DEFENDANT - U.S.

► CHARAN W. WUEKING

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY:
SEE PENALTY SHEET ATTACHMENT

DISTRICT COURT NUMBER

CR - 08   00401   JF

HRL

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:          }  SHOW
  ☐ U.S. Att'y ☐ Defense     DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant               MAGISTRATE
                        CASE NO.
☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under   08-70318 PVT

Name and Office of Person
Furnishing Information on
THIS FORM      JOSEPH P. RUSSONIELLO
        ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DAVID R. CALLAWAY

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other   } ☐ Fed'l ☐ State
      charges

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   If "Yes"
been filed?     ☐ No    } give date
                          filed

DATE OF        Month/Day/Year
ARREST         6/4/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

        **Penalties:**      5 years imprisonment;
                           $250,000 fine (or twice the gross gain or gross loss);
                           Three years supervised release;
                           $100 special assessment.

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

        **Penalties:**      20 years imprisonment;
                           $500,000 fine (or twice the gross gain or gross loss);
                           Three years supervised release;
                           $100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu

**COUNTS THREE THROUGH EIGHT:** Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

        **Penalties:**      10 years imprisonment;
                           $250,000 fine (or twice the amount of criminally-derived
                           property);
                           Three years supervised release;
                           $100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

<u>COUNTS NINE THOUGH THIRTY-ONE</u>: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties: 10 years imprisonment [enhanced penalty; otherwise 5 years]; $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss]; Three years supervised release; $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

<u>COUNTS THIRTY-TWO THROUGH THIRTY-FOUR</u>: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties: 10 years imprisonment; $250,000 fine (or twice the gross gain or gross loss); Three years supervised release; $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

<u>COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN</u>: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

<u>FORFEITURE ALLEGATION</u>: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

<u>SECOND FORFEITURE ALLEGATION</u> : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

<u>THIRD FORFEITURE ALLEGATION</u> : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

┌─── OFFENSE CHARGED ───
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

E-FILING

─── DEFENDANT - U.S. ───
2008 JUN 18 P 1: 35

THANH LE    RICHARD W. WIEKING
            CLERK
            U.S. DISTRICT COURT
DISTRICT COURT NUMBER NO. DIST. OF CA. S.J.

JF

CR - 08   00401

H.R.L

┌─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on
  motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
  pending case involving this same
  defendant

☑ prior proceedings or appearance(s)
  before U.S. Magistrate regarding
  this defendant were recorded under

SHOW
DOCKET NO.

}

MAGISTRATE
CASE NO.

08-70318 PVT

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      DAVID R. CALLAWAY

┌─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other    }  ☐ Fed'l  ☐ State
      charges

If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes   If "Yes"
been filed?      ☐ No     give date
                          filed

                          Month/Day/Year
DATE OF
ARREST          6/4/2008

Or... if Arresting Agency & Warrant were not
                          Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

┌─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

<table>
<tr><td>Penalties:</td><td>5 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

<table>
<tr><td>Penalties:</td><td>20 years imprisonment;<br>$500,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

<table>
<tr><td>Penalties:</td><td>10 years imprisonment;<br>$250,000 fine (or twice the amount of criminally-derived<br>property);<br>Three years supervised release;<br>$100 special assessment.</td></tr>
</table>

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

<div style="margin-left:2em">

Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years]; $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss]; Three years supervised release; $100 special assessment.

</div>

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

<div style="margin-left:2em">

Penalties:    10 years imprisonment; $250,000 fine (or twice the gross gain or gross loss); Three years supervised release; $100 special assessment.

</div>

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:
SEE PENALTY SHEET ATTACHMENT

DEFENDANT - U.S.

2008 JUN 18 P 1: 35

TIEN LE          RICHARD W. WIEKING
                 CLERK
                 U.S. DISTRICT COURT
DISTRICT COURT NUMBER DIST. OF CA. S.J.

CR - 08  00401

JF

HRL

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:        SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

08-70318 PVT

Name and Office of Person
Furnishing Information on   JOSEPH P. RUSSONIELLO
THIS FORM
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   DAVID R. CALLAWAY

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST   6/4/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶
TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO, a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

<u>Penalties:</u>    5 years imprisonment;
$250,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO:** Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

<u>Penalties:</u>    20 years imprisonment;
$500,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THREE THROUGH EIGHT:** Title 18, United States Code, Section 1957 – Monetary Transactions Using Criminally Derived Property.

<u>Penalties:</u>    10 years imprisonment;
$250,000 fine (or twice the amount of criminally-derived property);
Three years supervised release;
$100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

#### OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

**E-FILING**

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

──── DEFENDANT 2008 JUN 18 P 1: 34 ────

JOHANNA RODRIGUEZ RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER U.S. DIST. COURT
NO. DIST. OF CA. S.J.

JF

CR-08 00401

HRL

#### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW
    ☐ U.S. Att'y  ☐ Defense    DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.
    08-70318 PVT

Name and Office of Person
Furnishing Information on    JOSEPH P. RUSSONIELLO
    THIS FORM
    ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DAVID R. CALLAWAY

#### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges    } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
LOS ANGELES

Has detainer
been filed?
☑ Yes    } If "Yes" give date filed    6/16/2008
☐ No

**DATE OF ARREST**    Month/Day/Year
    5/20/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

|  | Penalties: | 5 years imprisonment;<br>$250,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment. |
|--|--|--|

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

|  | Penalties: | 20 years imprisonment;<br>$500,000 fine (or twice the gross gain or gross loss);<br>Three years supervised release;<br>$100 special assessment. |
|--|--|--|

This Count applies to: **Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu**

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

|  | Penalties: | 10 years imprisonment;<br>$250,000 fine (or twice the amount of criminally-derived<br>property);<br>Three years supervised release;<br>$100 special assessment. |
|--|--|--|

These counts apply to: **Thuy Dang, Tiffany Vu, and Glenn Lengsavath**

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
$500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
Three years supervised release;
$100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Penalties:    10 years imprisonment;
$250,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

*E-FILING*

┌─── Name of District Court, and/or Judge/Magistrate Location ───┐
FILED
NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 18  D  U.S.b

┌─── DEFENDANT - U.S. ───┐
CARO SACRAMENTO, a/k/a Carmen Gutierrez
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

**CR - 08  00401**    JF

HRL

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges    } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

LOS ANGELES

Has detainer been filed?  ☑ Yes  If "Yes" give date filed  6/16/2008
☐ No

**DATE OF ARREST**  5/20/2008    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:      } SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID R. CALLAWAY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

**TRUC QUOC LE, THUY DANG, LEO LE NGUYEN, GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO, a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN ESPINOZA, a/k/a Freddy Navarro.**

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> <u>Penalties:</u>     **5 years imprisonment;**
> **$250,000 fine (or twice the gross gain or gross loss);**
> **Three years supervised release;**
> **$100 special assessment.**

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO:** Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> <u>Penalties:</u>     **20 years imprisonment;**
> **$500,000 fine (or twice the gross gain or gross loss);**
> **Three years supervised release;**
> **$100 special assessment.**

This Count applies to: **Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu**

**COUNTS THREE THROUGH EIGHT:** Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property.

> <u>Penalties:</u>     **10 years imprisonment;**
> **$250,000 fine (or twice the amount of criminally-derived property);**
> **Three years supervised release;**
> **$100 special assessment.**

These counts apply to: **Thuy Dang, Tiffany Vu, and Glenn Lengsavath**

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

*E-FILING*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

2008 JUN 18 P 1: 36

DEFENDANT - U.S.

MICHAEL GUTIERREZ
CLERK
DISTRICT COURT NUMBER
U.S. DIST. COURT
NO. DIST. OF CA. S.J.

CR-08 00401

JF

HRL

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM      JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)      DAVID R. CALLAWAY

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges
☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

LOS ANGELES

Has detainer been filed?  ☑ Yes  ☐ No
If "Yes" give date filed  6/16/2008

DATE OF ARREST      5/20/2008
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

<u>Penalties</u>:    5 years imprisonment;
$250,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

<u>Penalties</u>:    20 years imprisonment;
$500,000 fine (or twice the gross gain or gross loss);
Three years supervised release;
$100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath,
Tiffany Vu

**COUNTS THREE THROUGH EIGHT**: Title 18, United States Code, Section 1957 -
Monetary Transactions Using Criminally Derived Property.

<u>Penalties</u>:    10 years imprisonment;
$250,000 fine (or twice the amount of criminally-derived
property);
Three years supervised release;
$100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

_FILED_

ON JUN 18 PM 1:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

2008 JUN 18 P 1:36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DISTRICT OF CA. S.J.

E-FILING

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

**DEFENDANT - U.S.**
► JUAN ESPINOZA a/k/a Freddy Navarro

**DISTRICT COURT NUMBER**

CR-08 00401 JF HRL

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70318 PVT

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID R. CALLAWAY

---

**DEFENDANT**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

LOS ANGELES

Has detainer been filed?  ☑ Yes  } If "Yes" give date filed    6/16/2008
☐ No

Month/Day/Year

**DATE OF ARREST**    5/20/2008

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

UNITED STATES

v.

TRUC QUOC LE, THUY DANG, LEO LE NGUYEN,
GLENN LENGSAVATH, TIFFANY VU, THANH LE, TIEN
LE, JOHANNA RODRIGUEZ, CARMEN SARMIENTO,
a/k/a Carmen Gutierrez, MANUAL GUTIERREZ, and JUAN
ESPINOZA, a/k/a Freddy Navarro.

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

             **Penalties:**     5 years imprisonment;
                              $250,000 fine (or twice the gross gain or gross loss);
                              Three years supervised release;
                              $100 special assessment.

This Count applies to: **ALL DEFENDANTS**

**COUNT TWO:**  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

             **Penalties:**     20 years imprisonment;
                              $500,000 fine (or twice the gross gain or gross loss);
                              Three years supervised release;
                              $100 special assessment.

This Count applies to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THREE THROUGH EIGHT:** Title 18, United States Code, Section 1957 – Monetary Transactions Using Criminally Derived Property.

             **Penalties:**     10 years imprisonment;
                                $250,000 fine (or twice the amount of criminally-derived property);
                              Three years supervised release;
                              $100 special assessment.

These counts apply to: Thuy Dang, Tiffany Vu, and Glenn Lengsavath

**COUNTS NINE THOUGH THIRTY-ONE**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:  10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [same as above; otherwise $250,000 or double the gross gain/loss];
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Glenn Lengsavath, Tiffany Vu

**COUNTS THIRTY-TWO THROUGH THIRTY-FOUR**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Penalties:  10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

These counts apply to: Truc Quoc Le, Thuy Dang, Leo Le Nguyen, Tien Le

**COUNTS THIRTY-FIVE THROUGH THIRTY-SEVEN**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu, Thanh Le, and Tien Le

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317 (c) – Structuring Forfeiture.

> Defendants: Truc Quoc Le, Thuy Dang, Glenn Lengsavath, Tiffany Vu,